PROB 35
(5/01) (D/HI 10/19)

**Report and Order Terminating Supervision
Prior to Original Expiration Date**

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Apr 30, 2024, 4:45 pm
Lucy H. Carrillo, Clerk of Court

UNITED STATES OF AMERICA

v.

MICHELET LOUIS

Case No. CR 19-00111JAO-01

On 03/06/2023, the above-named commenced supervision for a period of 14 months. He has complied with the expectations and conditions of supervision and, therefore, is no longer in need of supervision. It is accordingly recommended based upon his conduct, and in the interest of justice, that he be discharged from supervision at this time, having served all but five-days of his full 14 month term of supervision.

Respectfully submitted,

*/s/ Tarama Fuatagavi*

TARAMA FUATAGAVI
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this  30th  day of  April , 2024.

*/s/ Jill A. Otake*

JILL A. OTAKE
U.S. District Court Judge